# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Patrick Cotter, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Waste Management of North Dakota, Inc., and Command Center, Inc., | ) | Case No. 1:16-cv-097 |
| | ) | |
| Defendants. | ) | |

The Clerk's office is directed to seal Exhibit A attached to "Affidvait of Gerald H. Bren in Support of Command Center, Inc's Brief in Support of its Motion for Dismissal." (Docket No. 23-1). Defendant Command Center, Inc. is directed to resubmit Exhibit A with personal information such as telephone numbers and dates of birth redacted.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court