IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Patrick Cotter, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Waste Management of North Dakota, Inc. and Command Center, Inc., | ) ) ) | Case No. 1-16-cv-97 |
| | ) | |
| Defendants. | ) | |

Before the court is the "Stipulation of Dismissal with Prejudice as to Defendant Command Center, Inc." filed on September 23, 2016. (Docket No. 39). The court **ADOPTS** the stipulation in its entirety and **ORDERS** the action as to Command Center, Inc. be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge