# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Patrick Cotter, | ) |
|     Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-16-cv-97 |
| Waste Managment of North Dakota, Inc., | ) |
|     Defendant. | ) |

Before the court is the parties' Stipulation of Dismissal with Prejudice. (Doc. No. 54). The court **ADOPTS** the stipulation and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(iii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2017.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court